United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-10628-amc
Erik M. Niemiec     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 1
Date Rcvd: Oct 26, 2023     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Erik M. Niemiec, 3142 Livingston St, Philadelphia, PA 19134-5129 |
| + | The Gift of Life Donor Program, 401 N. 3rd Street, Philadelphia, PA 19123-2273 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Erik M. Niemiec mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Erik M. Niemiec | | |
| DEBTOR | : | BKY. NO. 23-10628-amc |

**AMENDED**
**ORDER DIRECTED TO DEBTOR'S EMPLOYER**

AND NOW, on this 26th day of October, 2023, upon consideration of the debtor's application for payroll deductions, it is

ORDERED that THE GIFT OF LIFE DONOR PROGRAM, 401 N. 3RD STREET, PHILADELPHIA, PA 19123 is directed to deduct from the wages of Erik M. Niemiec, SOCIAL SECURITY #XXX-XX-8811. This should be done immediately in the sum of $240.00 BI-WEEKLY. The sums so deducted are to be remitted as follows:

$240.00 BI-WEEKLY TO:        Scott Waterman, Trustee
                             P.O. Box 680
                             Memphis, TN 38101-0680
                             Bankruptcy #23-10628-amc

                             BY THE COURT:

                             _____
                             Hon. Ashely M. Chan
                             U.S. Bankruptcy Judge