| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 23-10628-AMC

| | |
|---|---|
| Erik M. Niemiec | Petition Filed Date: 03/03/2023 |
| 3142 Livingston St | 341 Hearing Date: 04/21/2023 |
| Philadelphia  PA    19134-5129 | Confirmation Date: 08/23/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2023 | $240.00 | 121630121 | 08/15/2023 | $240.00 | 121712472 | 08/29/2023 | $240.00 | 121782816 |
| 09/19/2023 | $240.00 | 121855100 | 09/29/2023 | $240.00 | 121934519 | 11/15/2023 | $240.00 | 46651861 |
| 11/30/2023 | $240.00 | 46925927 | 01/02/2024 | $240.00 | 47104638 | 01/03/2024 | $240.00 | 47402474 |
| 01/11/2024 | $240.00 | 47583449 | 02/06/2024 | $240.00 | 47808792 | 02/07/2024 | $240.00 | 48025531 |
| 02/22/2024 | $240.00 | 48299982 | 03/07/2024 | $240.00 | 48491297 | 03/20/2024 | $240.00 | 48694934 |
| 04/03/2024 | $240.00 | 48910385 | 04/17/2024 | $240.00 | 49191800 | 05/01/2024 | $240.00 | 49445319 |
| 05/21/2024 | $240.00 | 49657805 | 05/30/2024 | $240.00 | 49918615 | 06/12/2024 | $240.00 | 50150597 |
| 06/26/2024 | $240.00 | 50366896 | 07/10/2024 | $240.00 | 50657481 | 07/25/2024 | $240.00 | 50882785 |

**Total Receipts for the Period: $5,760.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,670.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,725.00 | $3,725.00 | $0.00 |
| 1 | POLICE & FIRE FCU<br>»»  001 | Unsecured Creditors | $105.76 | $0.00 | $105.76 |
| 2 | POLICE & FIRE FCU<br>»»  002 | Unsecured Creditors | $239.98 | $0.00 | $239.98 |
| 4 | CREDIT ACCEPTANCE CORP<br>»»  004 | Secured Creditors | $13,418.96 | $2,988.30 | $10,430.66 |
| 5 | PHILADELPHIA PARKING AUTHORITY<br>»»  005 | Unsecured Creditors | $2,472.13 | $0.00 | $2,472.13 |
| 6 | PECO ENERGY COMPANY<br>»»  006 | Unsecured Creditors | $438.82 | $0.00 | $438.82 |

**Chapter 13 Case No. 23-10628-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $7,670.00 | Current Monthly Payment: | $475.00 |
| Paid to Claims: | $6,713.30 | Arrearages: | ($300.00) |
| Paid to Trustee: | $740.70 | Total Plan Base: | $19,245.00 |
| Funds on Hand: | $216.00 | | |

**<u>NOTES:</u>**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.