Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 23-10628-AMC**

Erik M. Niemiec  
3142 Livingston St  
Philadelphia  PA    19134-5129

Petition Filed Date: 03/03/2023  
341 Hearing Date: 04/21/2023  
Confirmation Date: 08/23/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2024 | $240.00 | 51166675 | 08/22/2024 | $240.00 | 51413557 | 09/05/2024 | $240.00 | 51678532 |
| 09/20/2024 | $240.00 | 51898428 | 10/02/2024 | $240.00 | 52183218 | 10/17/2024 | $240.00 | 52450739 |
| 10/30/2024 | $240.00 | 52653762 | 11/19/2024 | $240.00 | 52925345 | 12/03/2024 | $240.00 | 53137658 |
| 12/12/2024 | $240.00 | 53392036 | 01/02/2025 | $240.00 | 53646083 | 01/08/2025 | $240.00 | 53878091 |
| 01/23/2025 | $240.00 | 54158817 | 02/10/2025 | $240.00 | 54330313 | 02/20/2025 | $240.00 | 54623386 |
| 03/06/2025 | $240.00 | 54856920 | 03/19/2025 | $240.00 | 55054570 | 04/07/2025 | $240.00 | 55311657 |
| 04/16/2025 | $240.00 | 55583139 | | | | | | |

**Total Receipts for the Period: $4,560.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CIBIK LAW, PC | Attorney Fees | $3,725.00 | $3,725.00 | $0.00 |
| 1 | POLICE & FIRE FCU<br>»»  001 | Unsecured Creditors | $105.76 | $0.00 | $105.76 |
| 2 | POLICE & FIRE FCU<br>»»  002 | Unsecured Creditors | $239.98 | $0.00 | $239.98 |
| 4 | CREDIT ACCEPTANCE CORP<br>»»  004 | Secured Creditors | $13,418.96 | $6,929.10 | $6,489.86 |
| 5 | PHILADELPHIA PARKING AUTHORITY<br>»»  005 | Unsecured Creditors | $2,472.13 | $0.00 | $2,472.13 |
| 6 | PECO ENERGY COMPANY<br>»»  006 | Unsecured Creditors | $438.82 | $0.00 | $438.82 |

**Chapter 13 Case No. 23-10628-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,750.00 | Current Monthly Payment: | $475.00 |
| Paid to Claims: | $10,654.10 | Arrearages: | $1,320.00 |
| Paid to Trustee: | $1,095.90 | Total Plan Base: | $19,245.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.