UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Erik M. Niemiec<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 23-10628-AMC |

### CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 10th day of September, 2025 by first class mail upon those listed below:

Erik M. Niemiec
3142 Livingston St
Philadelphia, PA  19134-5129

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC


Office of the United States Trustee


                                                        */s/ Kristen Gliem*
                                                        Kristen Gliem
                                                        for
                                                        Scott F. Waterman, Esq.
                                                        Standing Chapter 13 Trustee