**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

In re:

| | |
|---|---|
| Erik M. Niemiec,<br><br>Debtor. | Case No. 23-10628-AMC<br>Chapter 13<br>SSN: XXX-XX-8811 |

**Debtor's Motion to Pay Trustee by Wage Attachment**

Debtor Erik M. Niemiec, by and through his attorney, hereby asks this Court to enter an order directing his employer to attach his wages to fund the chapter 13 plan in the form of order attached.

Date: September 11, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com