

# Lien and Title Information Report
2815-Credit Acceptance Corporation

| | | | |
|---|---|---|---|
| **Customer** | ERIK NIEMIEC | **VIN** | 1D3HV18T09S705527 |
| **Organization ID** | 2815 | **Organization Name** | Credit Acceptance Corporation |
| **Lien Start** | 10/13/2021 | **Lien End** | |
| **Original Loan Amount** | $0.00 | **Lien Balance Amount** | $0.00 |
| **Lien Type** | Retail | **Dealer ID** | Q05P03R |

## Last ELT Transactions

| Received On | |
|---|---|
| 2021-12-03 02:24:37.0 | Add Record - Perfection of Lien |

## Borrower / Lesee Details

| | |
|---|---|
| **Name** | ERIK NIEMIEC |
| **Address** | 3142 Livingston St,PHILADELPHIA PA,191345129 |

## Vehicle Information

| | | | |
|---|---|---|---|
| **Vehicle Type** | Auto | **Make** | Dodge |
| **Model** | Ram 1500 | **Year** | 2009 |
| **Mileage** | 150782 | | |

## Title Information

| | | | |
|---|---|---|---|
| **Title Number** | 84101220 | **Title State** | PA |
| **Tag Number** | | **VIN** | 1D3HV18T09S705527 |
| **Status** | MATCHED | **Match Date** | 12/03/2021 |
| **Lien Expiration Date** | 12/02/2027 | **Media Type** | Electronic |

## State Information

| | | | |
|---|---|---|---|
| **Name** | NIEMIEC,ERIK MICHAEL | **Lessee** | |
| **Address** | 3142 LIVINGSTON ST,PHILADELPHIA PA,19134 | | |
| **Vehicle Type** | | **Make** | DODG |
| **Model** | | **Year** | 2009 |
| **Mileage** | 150781 | | |
| **Title State** | PA | **Title Number** | 84101220 |
| **Brands** | Unladen Gross Vehicle Weight: 3500 Gross Vehicle Weight: 6800 68 DE: ACTUAL MILEAGE | | |