# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Erik M. Niemiec,<br><br>　　　　　Debtor. | Case No. 23-10628-AMC<br><br>Chapter 13 |

## Debtor's Objection to Motion for Relief from Stay

**AND NOW**, Debtor Erik M. Niemiec, by and through his attorney, hereby objects to the Motion for Relief from Stay filed by Credit Acceptance Corporation.

Date: September 24, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
　　Michael A. Cibik (#23110)
　　1500 Walnut Street, Suite 900
　　Philadelphia, PA 19102
　　215-735-1060
　　mail@cibiklaw.com

## Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by Credit Acceptance Corporation to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: September 24, 2025　　　　　/s/ Michael A. Cibik
　　　　　　　　　　　　　　　　Michael A. Cibik