**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| In re: <br><br> Erik M. Jimenez, <br><br> Debtor. | Case No. 23-10628-AMC <br> Chapter 13 |

**Motion to Modify Plan After Confirmation**

Debtor, Erik M. Jimenez, through his attorney, avers as the Court as follows:

1. The Debtor filed a bankruptcy petition on March 7, 2023. The plan was confirmed on August 6, 2024.

2. The Trustee for the Chapter 13 matter is Kenneth E. West. The Debtor will make post-petition plan payments.

3. The Debtor wants to amend his plan to force complete motion.

4. The proposed plan arrears arrearage that give priority to the Chapter's mothly plan payments moving forward.

5. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 47 as the new confirmed plan.

6. The Debtor has filed a supplemental Schedule J as evidence that the Debtor's ability to fund the new plan.

Foregoing, the Court must grant the relief in the form of order attached and further the Debtor so for final necessary and proper in the law.

Date: September 26, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com