**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

In re:

Erik M. Niemiec,

Debtor.

Case No. 23-10628-AMC
Chapter 13

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 48, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 47) is **APPROVED**.

**Date:**

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge