**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

In re:

| | |
|---|---|
| Erik M. Niemiec, | Case No. 23-10628-AMC |
| | Chapter 13 |
| Debtor. | SSN: XXX-XX-8811 |

**ORDER DIRECTING EMPLOYER**
**TO MAKE WAGE DEDUCTION**

Upon motion of Erik M. Niemiec, it is hereby **ORDERED** that:

1. Debtor's employer, Temple University ("the employer") shall pay **$300.00** directly from each of his regular bi-weekly paychecks, to the chapter 13 trustee at the following address:

   Scott Waterman, Trustee
   P.O. Box 680
   Memphis, TN 38101-0680
   Bankruptcy #23-10628-amc

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date: Sept. 30, 2025

_____
Honorable Ashely M. Chan
Chief Judge, U.S. Bankruptcy Court

CC:
Temple University, Mitten Hall - Lower Level
Attn: HR/Payroll Department
Re: Court Order For Wage Deduction
1913 N. Broad Street
Philadelphia, PA 19122