United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10628-amc |
| Erik M. Niemiec | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 30, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Erik M. Niemiec, 3142 Livingston Street, Philadelphia, PA 19134-5129 |
| + | Temple University, Mitten Hall-Lower Level, Attn: HR/Payroll, Re: Court Order for Wage Deduction, 1913 N. Broad Street, Philadelphia, PA 19122-6004 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:

**Name**            **Email Address**

MICHAEL A. CIBIK
          on behalf of Debtor Erik M. Niemiec help@cibiklaw.com
          noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
          ECFMail@ReadingCh13.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
          on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
          mortoncraigecf@gmail.com;alapinski@egalawfirm.com

District/off: 0313-2    User: admin    Page 2 of 2
Date Rcvd: Sep 30, 2025    Form ID: pdf900    Total Noticed: 2
TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

In re:

| | |
|---|---|
| Erik M. Niemiec,<br><br>Debtor. | Case No. 23-10628-AMC<br>Chapter 13<br>SSN: XXX-XX-8811 |

## ORDER DIRECTING EMPLOYER
## TO MAKE WAGE DEDUCTION

Upon motion of Erik M. Niemiec, it is hereby **ORDERED** that:

1. Debtor's employer, Temple University ("the employer") shall pay $300.00 directly from each of his regular bi-weekly paychecks, to the chapter 13 trustee at the following address:

   Scott Waterman, Trustee
   P.O. Box 680
   Memphis, TN 38101-0680
   Bankruptcy #23-10628-amc

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date: Sept. 30, 2025

_____
Honorable Ashely M. Chan
Chief Judge, U.S. Bankruptcy Court

CC:
Temple University, Mitten Hall - Lower Level
Attn: HR/Payroll Department
Re: Court Order For Wage Deduction
1913 N. Broad Street
Philadelphia, PA 19122